UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE YOUNG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BYTEDANCE INC., et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01883-VC<br><br>**ORDER RE MOTION TO DISMISS; SETTING CMC**<br><br>Re: Dkt. No. 51 |

　　　　The defendants argue that the case should be dismissed because workers' compensation exclusivity applies under California law. But it seems unlikely that the plaintiffs are covered by California's workers' compensation scheme. *See* Cal. Labor Code §§ 5305, 3600.5. Indeed, it's questionable whether the plaintiffs' claims are governed by California law at all. It does not seem to make sense to dismiss a claim based on California's workers' compensation exclusivity doctrine under these circumstances. But the parties have not discussed these issues in their briefs, so a case management conference is scheduled for this Friday, March 24, at 10 a.m. The parties should be prepared to discuss setting up a process for untangling this mess.

　　　　**IT IS SO ORDERED.**

Dated: March 21, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge