UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE YOUNG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BYTEDANCE INC., et al.,<br><br>        Defendants. | Case No. 22-cv-01883-VC<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

The parties are invited to file letter briefs addressing: (1) whether the Court should apply the test set forth in *Dylag v. West Las Vegas Surgery Center, LLC*, 719 Fed. Appx. 568 (9th Cir. 2017); and (2) if the Court decides to apply the test in that unpublished decision, how the equitable estoppel issue should be decided. Letter briefs are due 7 days from this order and may not exceed 3 pages, single-spaced, excluding signature lines.

**IT IS SO ORDERED.**

Dated: August 17, 2023

VINCE CHHABRIA
United States District Judge