Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Elissa A. Buchanan (State Bar No. 249996)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         swilliams@saverilawfirm.com
         eabuchanan@saverilawfirm.com
         kmcmahon@saverilawfirm.com

*Attorneys for Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
   JCripps@gibsondunn.com
LAUREN M. BLAS, SBN 296823
   LBlas@gibsondunn.com
LEONORA COHEN, SBN 31943
   LCohen@gibsondunn.com
VIOLA H. LI, SBN 327783
   VHLi@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorneys for ByteDance Inc. and TikTok Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REECE YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BYTEDANCE INC. and TIKTOK INC.,<br><br>Defendants. | CASE NO. 3:22-cv-01883-VC<br><br>**PROPOSED CASE SCHEDULE**<br><br>Judge:  Hon. Vince Chhabria |

Plaintiff Reece Young and Defendants ByteDance Inc. and TikTok Inc. (collectively the "Parties"), having met and conferred through counsel, submit this Proposed Case Schedule pursuant to the Court's August 17, 2023 Order (Dkt. 97).

| EVENT | PARTIES' PROPOSED DEADLINES |
|---|---|
| Deadline to Disclose Identity (Name + Brief Description) of Plaintiffs' Experts | December 4, 2023 |
| Deadline to Disclose Identity (Name + Brief Description) of Defendants' Experts | December 22, 2023 |
| Deadline to complete fact discovery[1] | January 31, 2024 |
| Deadline for Plaintiffs' expert reports | February 1, 2024 (or January 4, 2024, *see supra* Section II) |
| Deadline for Defendants' expert reports | February 22, 2024 |
| Deadline to complete expert discovery | March 15, 2024 |
| Motion for Class Certification | March 25, 2024 |
| Opposition to Motion for Class Certification (including any *Daubert* motion to Plaintiffs' experts offered in support of class certification)[2] | April 29, 2024 |
| Reply in support of Motion for Class Certification (including Plaintiffs' opposition to any *Daubert* motion filed by Defendants, and any *Daubert* motion by Plaintiffs to Defendants' experts offered in opposition to class certification) | May 20, 2024 |
| Defendants' opposition to any *Daubert* motion filed by Plaintiff | May 29, 2024 |
| Hearing on Motion for Class Certification | June 6, 2024 |
| Further Case Management Conference | June 27, 2024 |

The parties reserve all rights to file non-duplicative *Daubert* motions in advance of trial.

---

[1] For the sake of clarity, this deadline does not preclude the submission of fact declarations in support of or in opposition to summary judgment or class certification motions.

[2] For the sake of clarity, the *Daubert* motion deadlines herein do not commit either party to making a *Daubert* motion in connection with class certification. Additionally, nothing in this stipulation precludes a party from seeking leave to file a reply in support of their *Daubert* motion.

DATED: November 1, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Lauren M. Blas*
Lauren M. Blas
Attorney for Defendants

*Attorneys for ByteDance Inc. and TikTok Inc.*

JOSEPH SAVERI LAW FIRM, LLP

By: */s/ Steven N. Williams*
Steven N. Williams
Attorney for Plaintiffs

*Attorneys for Reece Young*

**SO ORDERED.**

Hon. Vince Chhabria
United States District Judge

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Lauren M. Blas, am the ECF User whose credentials were utilized to file this STIPULATED PROTECTIVE ORDER. In accordance with N.D. Cal. Civil Local Rule 5-1(h)(3), I hereby attest that Steven Williams concurred in the filing of this document.

Dated: November 1, 2023   /s/ *Lauren M. Blas*
Lauren M. Blas