

201 Spear Street, 1100 San Francisco, CA 94105

June 12, 2024

Hon. Laurel Beeler
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Young v. Bytedance
              N.D. Cal. Case No. 3:22-cv-01883-VC-LB

Dear Judge Beeler:

    The undersigned writes to respectfully request permission to participate by videoconference in the discovery hearing set for June 27, 2024. This hearing was rescheduled this morning from June 13, 2024 to June 27, 2024. The undersigned has a prearranged trip for a conference and will not be in the country on June 27. Counsel does not wish to delay this hearing, and requests the Court's permission to participate by remote means.

                                              Respectfully submitted,

                                              Steven N. Williams

cc:    Counsel of record via ECF and email
       lbcrd@cand.uscourts.gov to participate by remote means.


APPROVED
Judge Laurel Beeler

stevenwilliamslaw.com | 415-697-1507
New York and San Francisco