IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REECE YOUNG, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BYTEDANCE INC. and TIKTOK INC.,<br><br>　　　　Defendants. | CASE NO. 3:22-cv-01883-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.'S LOCAL RULE 79-5(F) SEALING STATEMENT** |

**ORDER**

On September 9 and September 10, 2024, Plaintiff Reece Young filed an Administrative Motion to File Under Seal (Dkts. 169, 173) certain exhibits to the parties' September 9, 2024 Discovery Letter Brief ("Discovery Letter"). Having considered Plaintiff's motion, Defendants' Local Rule 79-5(f) Sealing Statement, and the Declaration of Jilda Castaldo, the Court finds that there is good cause to seal, and hereby **ORDERS** that the following documents shall be maintained under seal in this case:

| Document title/description | Dkt. No. of redacted version | Dkt. Nos. of unredacted version | Dkt. No. of statement in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing | Granted? |
|---|---|---|---|---|---|---|---|
| Exhibit 1 to Blas Declaration in the Discovery Letter | 170-1, 173-7 | 169-4, 173-4 | 181 | Defendants | Full | Competitively sensitive Trust & Safety internal program/policies. | |
| Exhibit 2 to Blas Declaration in the Discovery Letter | 170-1, 173-7 | 169-5, 173-5 | 181 | Defendants | Full | Competitively sensitive wellbeing internal program/policies. | |

**IT IS SO ORDERED.**

Dated: __September 24___, 2024

_[signature]_

Honorable Laurel Beeler
Magistrate Judge
Northern District of California