# DECLARATION OF JILDA CASTALDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

PUBLIC
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
  JCripps@gibsondunn.com
LAUREN M. BLAS, SBN 296823
  LBlas@gibsondunn.com
LEONORA COHEN, SBN 319463
  LCohen@gibsondunn.com
VIOLA H. LI, SBN 327783
  VHLi@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

*Attorneys for ByteDance Inc. and TikTok Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REECE YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BYTEDANCE INC. and TIKTOK INC.,<br><br>Defendants. | CASE NO. 3:22-cv-01883-VC<br><br>**DECLARATION OF JILDA CASTALDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Vince Chhabria<br>Date:  December 19, 2024<br>Time:  10:00 a.m.<br>Room: Courtroom 5, 17th Floor |

I, Jilda Castaldo, declare as follows:

1. I submit this declaration in support of TikTok Inc. and ByteDance Inc.'s ("TikTok") Opposition to Plaintiff's Motion for Class Certification. The facts contained in this declaration are based on my personal knowledge; my experiences and responsibilities in my role; and my review of information and records maintained in TikTok's ordinary course of business. I can competently testify to these facts if called upon to do so.

2. I am Head of Global Partnership Management for Americas Trust & Safety for TikTok. I have been in this position for three years. In this role, I have managed TikTok's relationships with business process outsourcing ("BPO") vendors, including Alorica Inc., Majorel Holding Nederland B.V., Telus International, TP-USA Inc., Vaco San Francisco LLC, and Webhelp America LLC in the United States. As part of that role, I have had to become familiar with how content moderation is done at TikTok, including the guidelines that govern it and the tools (i.e., software) that are used by moderators at the BPOs. My team routinely helps to answer questions about those tools and how they work. I have also had to become familiar with the terms of the contractual agreements governing those relationships and how those agreements have come into place. I have, for example, been involved in the negotiations of those agreements in the past, and my team is responsible for working with the BPOs to ensure they are meeting the terms that the parties have agreed upon and are reflected in their contractual agreements.

**Content Moderation**

3. At a high level, content moderation is the process of reviewing content posted on the TikTok platform to identify content that potentially violates TikTok's guidelines or other platform policies and then taking enforcement action against violative content and the users that post it. TikTok's guidelines prohibit content that (among other things) spreads misinformation, promotes alcohol or drug use, contains nudity, or is gory or gruesome. Because TikTok is a global platform, TikTok's guidelines also need to account for different cultural norms across different geographic regions, which may mean that content may be restricted or prohibited in

1

DECLARATION OF JILDA CASTALDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:22-CV-01883-VC

some geographic regions but not others.

4. TikTok provides content moderation vendors with access to tools needed to review content posted on the TikTok platform, including TCS, Lighthouse, and Arena.

5. TCS is proprietary software that allows moderators to review queues of content posted on the TikTok platform. Content moderators can use a variety of tools within TCS, and the availability of those tools changed over time. By 2021, moderators could speed up content, mute audio, zoom in and out, and change the color of the content to grayscale. By 2022, moderators could also blur content. In addition, moderators had the ability to indicate in TCS whether they were, for instance, moderating content, training, or taking a meal, rest, or wellness break.

6. Lighthouse and Arena, like TCS, are software programs used by moderators to review content posted on the TikTok platform. Lighthouse allows a moderator to review different pieces of content posted by the same user. Arena is a livestream moderation program. Over time, these programs also have had different capabilities and types of tooling that can alter the presentation of content, such as muting audio, blurring content, and/or changing the color of the content to grayscale.

**Vendor Contracts and Relationships**

7. TikTok negotiates the terms governing the provision of content moderation services with each BPO. Those terms are reflected in the parties' Master Services Agreements ("MSAs") and Statements of Work ("SOWs"). The MSAs and SOWs are specific to each BPO. In addition, the terms of individual MSAs and SOWs have changed over time.



10. Although TikTok provided certain training materials to the BPOs and trained the BPOs' trainers, ███████████████████████████████████████

███████████████████████████████████████



I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 28, 2024 in ~~CITY, STATE~~ Los Angeles, CA.

_____
Jilda Castaldo

4

DECLARATION OF JILDA CASTALDO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION
CASE NO. 3:22-CV-01883-VC