# DECLARATION OF BRITTANI LOGSDON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**PUBLIC
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
   JCripps@gibsondunn.com
LAUREN M. BLAS, SBN 296823
   LBlas@gibsondunn.com
LEONORA COHEN, SBN 319463
   LCohen@gibsondunn.com
VIOLA H. LI, SBN 327783
   VHLi@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

*Attorneys for ByteDance Inc. and TikTok Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REECE YOUNG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>BYTEDANCE INC. and TIKTOK INC.,<br><br>        Defendants. | CASE NO. 3:22-cv-01883-VC<br><br>**DECLARATION OF BRITTANI LOGSDON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Hon. Vince Chhabria<br>Date:   December 19, 2024<br>Time:  10:00 a.m.<br>Room:  Courtroom 5, 17th Floor |

I, Brittani Logsdon, declare as follows:

1. I submit this declaration in support of TikTok Inc. and ByteDance Inc.'s ("TikTok") Opposition to Plaintiff's Motion for Class Certification. The facts contained in this declaration are based on my personal knowledge; my experiences and responsibilities in my role; and my review of information and business records maintained in TikTok's ordinary course of business. I can competently testify to these facts if called upon to do so.

2. I began working at TikTok in April 2021 as a Trust and Safety Team Lead at TikTok. In this role, my responsibilities included providing feedback and training to content moderators, orchestrating daily team operations, capacity planning, reviewing moderators' performance, and focusing on initiatives for the content moderation team that I supervised based out of the Center of Excellence in Nashville, Tennessee. TikTok has two Centers of Excellence where, among other things, content moderators employed by TikTok and third-party agencies ("TPAs") have performed primarily specialized content moderation work. In February 2022, I was promoted to the role of Chief of Staff to the Trust & Safety Site Director at the Center of Excellence in Nashville, Tennessee. In that role, my responsibilities included overseeing all content moderation operations based out of the Center of Excellence in Nashville, Tennessee. In October 2023, I was promoted again to Chief of Staff to TikTok's Head of Enforcement Operations. In my present role, my responsibilities include assisting with the management of TikTok's workflow management team, implementation and optimization team, and certain groups of content moderators.

3. Prior to my employment with TikTok, I was employed by TPA vendor Atrium Staffing LLC ("Atrium") in 2021 as a content moderator. During that time and in those roles, I reviewed content on the TikTok platform. While employed by Atrium, I was promoted to content moderation team lead. I was then converted to a full-time TikTok employee in April 2021.

**I. TPA Relationships**

4. From 2021 to 2023, TikTok contracted with two TPA vendors to provide content moderation services: Intellipro Group Inc. and Atrium. The TPAs used a temporary staffing

1

model, by which they provided their employees to TikTok on a temporary basis to perform content moderation work alongside content moderators employed by TikTok.

■ ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████

■ ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████████████████████

■ ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████   █████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████

■ ███████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████████████

## II. Queues

9.  TikTok has developed and deployed automated technology as the first line of defense against violative content. The automated technology is designed to remove the most egregious content, such as content including minors, violent content, sexual content, and the like. Human

2

DECLARATION OF BRITTANI LOGSDON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION
CASE NO. 3:22-CV-01883-VC

content moderators do not typically review content removed by automated technology. The categories of content detected and removed by automated technology has evolved significantly since 2020.

10. TikTok works with moderators employed by third-party vendors, including TPAs, who are responsible for reviewing queues of content on the TikTok platform. Those queues covered a variety of different types of content, such as live streams or videos.



■ Some TPA moderators, like the moderators on the content moderation team that I understand Plaintiff Reece Young was assigned to as a former Atrium content moderator, ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The content that different moderation teams reviewed varied by team and over time.

13. As a former Atrium content moderator, I rarely encountered content I considered to be graphic or disturbing. I have not experienced any mental injuries, whether in the form of developing a diagnoseable mental disorder or otherwise, from my content moderation experience. Outside of this litigation, I also have not received and am not aware of any complaints of mental

health injuries from any content moderators.

I declare under penalty of perjury under the laws of the State of Tennessee and United States that the foregoing is true and correct.

Executed on October 27, 2024 in Nashville, Tennessee.

*Brittani Logsdon*

Brittani Logsdon

4