# Declaration of Joyce Batka, Director of Talent Acquisition at TPUSA Inc.

*PUBLIC*
*ENTIRE DOCUMENT SOUGHT TO BE SEALED*