Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 697-1509
Fax : (415) 230-5310
Email:   swilliams@stevenwilliamslaw.com

*Attorneys for Plaintiff*

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
    JCripps@gibsondunn.com
LAUREN M. BLAS, SBN 296823
    LBlas@gibsondunn.com
LEONORA COHEN, SBN 319463
    LCohen@gibsondunn.com
VIOLA H. LI, SBN 327783
    VHLi@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorneys for ByteDance Inc. and TikTok Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REECE YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BYTEDANCE INC. and TIKTOK INC.,<br><br>Defendants. | CASE NO. 3:22-cv-01883-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:  Hon. Vince Chhabria |

## JOINT CASE MANAGEMENT STATEMENT

Plaintiff Reece Young ("Plaintiff") and Defendants ByteDance Inc. and TikTok Inc. ("Defendants") have stipulated and agreed, by and through their undersigned counsel, to continue the Further Case Management Conference set for January 10, 2025 to a date twenty-one days following the Court's ruling on Plaintiff's Motion for Class Certification, because the outcome of that Motion is necessary to inform the parties' positions regarding the future schedule and trajectory of the case. The parties have also stipulated and agreed to continue the due date of the Case Management Statement set for January 3, 2025 to a date seven days before the date of the continued Further Case Management Conference. The parties' joint stipulation was filed on January 2, 2025. *See* Dkt. 210.

DATED: January 3, 2025                          GIBSON, DUNN & CRUTCHER LLP

                                                By: */s/ Lauren M. Blas*
                                                    Lauren M. Blas
                                                    Attorney for Defendants

                                                    *Attorneys for ByteDance Inc. and TikTok Inc.*


                                                STEVEN WILLIAMS LAW, P.C.

                                                By: */s/ Steven N. Williams*
                                                    Steven N. Williams
                                                    Attorney for Plaintiff

                                                    *Attorneys for Reece Young*

**N.D. Cal. Civil Local Rule 5-1 Attestation**

  I, Lauren M. Blas, am the ECF User whose credentials were utilized to file this JOINT CASE MANAGEMENT STATEMENT.  In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Steven N. Williams concurred in the filing of this document.


Dated: January 3, 2025              */s/ Lauren M. Blas*
                         Lauren M. Blas