UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE YOUNG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BYTEDANCE INC., et al.,<br><br>        Defendants. | Case No. 22-cv-01883-VC<br><br>**ORDER ON SEALING MOTIONS** |

    Outside of specific references to the mental health of certain individuals, the Court does not see anything in the papers on the pending Motion for Class Certification that should be sealed for good cause. The discussion of the defendants' interactions with vendors and actions overseeing content moderation and wellness initiatives would not harm the defendants' competitive standing in this case.

    The [184] Motion to File Under Seal is denied as to [184-2]; it should be re-filed unredacted. The [195] Motion to File Under Seal is denied as to [195-2]. The [197] Motion to Consider Whether Another Party's Motion Should Be Sealed is granted in part as to [195-2]: For page 6, as to the sentence starting "Instead of using," redactions should start with "who had" and end the next sentence after "mentally." The entire sentence starting "Nearly two years" should be redacted. Pages 13, 14, and 15 of [195-2] should remain as currently redacted. Other than those approved redactions on pages 6, 13, 14, and 15, [195-2] should be re-filed unredacted. The [200] Motion to File Under Seal is denied as to [200-2]; it should be re-filed unredacted. The re-filed documents are due Wednesday, January 15, 2025, at 5:00 pm. The motions to seal will remain pending as to the exhibits. If defense counsel needs a further continuance of the hearing because of the fires, then this deadline can be continued as well.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
VINCE CHHABRIA
United States District Judge