UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE YOUNG, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BYTEDANCE INC., et al.,<br><br>　　　　　Defendants. | Case No.  22-cv-01883-VC<br><br>**ORDER GRANTING IN PART, DENYING IN PART, MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 184, 195, 197, 200 |

　　　　Because the Court previously issued an order for the unsealing of the papers filed in connection with the pending Motion for Class Certification, this order only considers the exhibits attached to those papers. *See* Order on Sealing Motions, Dkt. No. 215.

　　　　As noted in the previous order on these sealing motions, unsealing the discussions of the defendants' relationships with its vendors and the defendants' actions overseeing content moderation and wellness initiatives would not harm the defendants' competitive standing in this case. *See id.* So the Court finds that there is not good cause to seal documents on those bases.

　　　　The [184] Motion to File Under Seal is granted as to Exhibits 1–7, as public access to those contracts could harm the defendants' competitive standing and so those exhibits should be sealed for good cause. The motion is also granted for Exhibits 21 and 26. As the Court previously held, access to these internal documents should be sealed for good cause. *See* Order Granting Sealing Motion, Dkt. No. 177. But the motion is denied as to all other documents for the reasons stated above. Those documents should be refiled unredacted and unsealed. Exhibits 20 and 27 should be refiled as they were partially redacted at [184-21] and [184-28] and with all hyperlinks and individual employee names redacted.

The [195] Motion to File Under Seal is denied for the reasons stated above. The [197] Motion to Consider Whether Another Party's Motion Should Be Sealed is granted in part as defined by [198] Plaintiff's Memorandum in Support of Sealing, which proposes redactions to protect information about the mental health conditions of specific people, and [199] Non-Party Vaco LLC's Sealing Statement, which proposes sealing personally identifying information. The Court finds that good cause exists to seal on those bases. The documents attached to the [194] Opposition to the Motion for Class Certification should be redacted in accordance with those statements and refiled unsealed.

The [200] Motion to File Under Seal is denied for the reasons stated above. Those documents should be refiled unredacted and unsealed.

The refiled documents are due Friday, February 14, 2025, at 5:00 pm.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
VINCE CHHABRIA
United States District Judge