UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE YOUNG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BYTEDANCE INC., et al.,<br><br>    Defendants. | Case No. 22-cv-01883-VC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT**<br><br>Re: Dkt. No. 232 |

      The motion for leave to file a third amended complaint is granted. This is a difficult question, because Young's decision to abandon his personal injury claim mid-litigation would be a perfectly legitimate reason for a court to preclude him from reviving it now. But Young's counsel made a compelling point at the hearing on this motion: Young's primary focus until denial of class certification was on presenting a case that was amenable to class treatment, as opposed to trying to maximize his own potential recovery. Young may not have implemented that strategy effectively, but the Court is uncomfortable penalizing him for apparently trying to be a responsible class representative.

      There's another reason this motion is difficult. It seems unlikely, given the record that has developed on the issue of personal injury, that Young will be able to prevail on his claim. And if Young loses, presumably he will be required to pay ByteDance's litigation costs. This can be a lot of money, especially in proposed class actions. The Court is concerned that Young may not fully appreciate the liability he is exposing himself to. But ultimately this is a decision for Young, and not the Court, to make. Hopefully he will think carefully before filing a third amended complaint.

In any event, the motion is granted, and any amended complaint must be filed within 21 days of this order. A further case management conference is scheduled for August 1, 2025, at 10:00 a.m., with a joint case management statement due seven days prior.

**IT IS SO ORDERED.**

Dated: June 26, 2025

VINCE CHHABRIA
United States District Judge