Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 697-1509
Fax : (415) 230-5310
Email:   swilliams@stevenwilliamslaw.com

*Attorneys for Plaintiff*

GIBSON, DUNN & CRUTCHER LLP
JESSE A. CRIPPS, SBN 222285
   JCripps@gibsondunn.com
LAUREN M. BLAS, SBN 296823
   LBlas@gibsondunn.com
LEONORA COHEN, SBN 319463
   LCohen@gibsondunn.com
VIOLA H. LI, SBN 327783
   VHLi@gibsondunn.com
333 South Grand Avenue
Los Angeles, California  90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

*Attorneys for ByteDance Inc. and TikTok Inc.*


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REECE YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BYTEDANCE INC. and TIKTOK INC.,<br><br>Defendants. | CASE NO. 3:22-cv-01883-VC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:  Hon. Vince Chhabria |

Joint Case Management Conference Statement
Case no. 22-cv-01883-VC

## JOINT CASE MANAGEMENT STATEMENT

The parties have reached an agreement in principle to resolve this case, are in the process of negotiating a settlement agreement, and anticipate filing a stipulation of dismissal with prejudice next week in advance of the scheduled case management conference.

Dated: August 8, 2025   By: *Steven Williams*
Steven N. Williams

Steven N. Williams (SBN 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 697-1509
Fax: (415) 230-5310
Email: swillliams@stevenwilliamslaw.com
Attorneys for Plaintiff


By: *Lauren M. Blas*
Lauren M. Blas

**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-229-7000
Fax: 213-229-7520
Email: Lblas@gibsondunn.com.com

Joint Case Management Conference Statement
Case no. 22-cv-01883-VC

**N.D. Cal. Civil Local Rule 5-1 Attestation**

I, Steven N Williams, am the ECF User whose credentials were utilized to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT. In accordance with N.D. Cal. Civil Local Rule 5-1(i)(3), I hereby attest that Lauren M. Blass concurred in the filing of this document.

Dated: August 8, 2025

/s/ *Steven Williams*
Steven N. Williams