UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REECE YOUNG, et al.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BYTEDANCE INC., et al.,<br><br>　　　　　　Defendant. | Case No.  22-cv-01883-VC<br><br>**ORDER OF DISMISSAL** |

　　　　The Court was advised by the parties on August 8, 2025, that they reached an agreement in principle to resolve this case. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

　　　　The parties retain the right to reopen this action within 60 days of this Order if the settlement is not finalized. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

　　　　The parties should be aware that once a settlement has been finalized, it is not appropriate to leave the case open on the docket until performance has been completed. Once the parties have reached a final settlement, dismissal is warranted. Therefore, if the parties file a motion to reopen on the ground that the settlement has not been fully performed, the Court will deny that request. If a party fails to perform, the aggrieved party can take separate action to enforce the settlement.

　　　　**IT IS SO ORDERED.**

2

Dated: August 14, 2025

_____
VINCE CHHABRIA
United States District Judge